UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ADHIM DEVEAUX                                          Index No. : 08 CIV 00506
                         Plaintiff,

-against-
                                                       **AFFIDAVIT OF SERVICE**

THE CITY OF NEW YORK, et al.,

                         Defendants.
_____

State of New York   )
                    ) ss.:
County of New York  )

Luis R. Ayala, being duly sworn, deposes and says that the deponent is not a party to this action, is over the age of eighteen years, is an independent process server (license number 1024905), and resides in the State of New Jersey:

(1)     That on the 24th day of January 2008 at 6:30 p.m., deponent served a Summons and Complaint in the above-captioned matter upon defendant Daniel Robbins at his place of employment, NYPD, 44th Precinct, 2 East 169th St., 2nd floor, Bronx, NY 10452. The documents were received and signed for by PRAA 1 Muhammad. PRAA Muhammad was a light-skinned black female, approximately 45 years old, 5'5" tall, 170 pounds.

(2)     That on the 24th day of January 2008 at 6:30 p.m., following the acceptance of the Summons and Complaint for defendant Robbins, PRAA Muhammad escorted deponent to the Detective Robbery Command at the same address also on the second floor. The Summons and Complaint for defendant Bart Pipcinski was given by PRAA Muhammad to a detective who said he would give the documents to Robbins. The detective was African American, approximately

1

45 years old, 6'1" tall, 215 pounds with short black hair.

(3)     That on the 24th day of January 2008 at 7:30 p.m., deponent served a Summons and Complaint upon defendant Jason Balson at his place of employment, NYPD, 500 Abbott Street, Bronx, NY 10470. The documents were accepted at the front desk by a plainclothes officer. He was a white male, approximately 30 years old, 5'7" tall, 170 pounds with tattoos on both arms.

(4)     That on the 25th day of January 2008, deponent mailed true copies of the Summons and Complaint to defendants Robbins, Pipcinski and Balson to the same addresses where they were served as identified in paragraphs (1)-(3) above. The envelopes were marked "Personal and Confidential" and without any indication that communication was from an attorney or concerned any action against the defendants. The envelopes were placed in a U.S. mailbox at the post office located at 6th Ave. and 23rd St., New York, NY.

_____
Luis R. Ayala
158 Carteret St., Glen Ridge, NJ 07028

Sworn to and Subscribed Before Me
the 25th day of January 2008

_____
Notary Public

SUSAN C. BAILEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BA6121503
Qualified in New York County
Commission Expires January 18, 2009

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN     District of     NEW YORK

ADHIM DEVEAUX

V.

THE CITY OF NEW YORK, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 506

TO: (Name and address of Defendant)

Daniel Robbins
2 East 169th Street
Bronx, NY 10452

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

JAN 1 8 2008

DATE

⚛AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                              *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |

ADHIM DEVEAUX

V.

THE CITY OF NEW YORK, et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 0J506

TO: (Name and address of Defendant)

Bart Pipcinski
2 East 169th Street
Bronx, NY 10452

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE: JAN 1 8 2008

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                *Signature of Server*

                                  _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____NEW YORK_____

ADHIM DEVEAUX

V.

THE CITY OF NEW YORK, et al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:  08 cv 0500

TO: (Name and address of Defendant)

Jason Balsan
500 Abbott Street
Bronx, NY 10470

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Spiegel
111 Broadway, Suite 1305
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                  JAN 1 8 2008

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date               *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.