Sweet/T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ADHIM DEVEAUX, JR.,

                      Plaintiff,

       -against-

THE CITY OF NEW YORK, DANIEL ROBBINS,
JASON BALSAN, BART PIPCINSKI, JOHN and JANE
DOES,

                      Defendants.

------------------------------------------------------------ x

**STIPULATION AND ORDER TO AMEND THE COMPLAINT**

08 CV 506 (RWS)

Jury Trial Demanded



ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE

    **WHEREAS**, plaintiff commenced this action by filing a complaint in this matter; and

    **WHEREAS**, plaintiff, pursuant to Fed. R. Civ. P. 15(a), seeks leave to amend the complaint; and

    **WHEREAS**, upon reviewing the proposed first amended complaint, defendants consent to allow plaintiff to amend the complaint to substitute the John Doe defendants;

    **WHEREAS**, plaintiff, pursuant to Fed. R. Civ. P. 15(a), seeks leave to amend the complaint; and

    **WHEREAS**, by consenting to allow plaintiff to file and serve an amended complaint, defendants do not waive any of their affirmative defenses, including, but not limited to, the statue of limitations defense;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiffs and defendants, that the complaint shall be amended as set forth in the proposed first amended complaint.

Dated: New York, New York
July 28, 2008

Michael Spiegel, Esq.
Attorney for Plaintiff
111 Broadway, Suite 1305
New York, NY 10006
(212) 587-8558

By: _____
Michael Spiegel, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street, Room 3-156
New York, New York 10007
(212) 788-6405

By: _____
Meghan A. Cavalieri
Assistant Corporation Counsel
Special Federal Litigation

SO ORDERED: _____
U.S.D.J.
Part I
8/4/08

-2-